# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

ARMON MAIDEN,

          Defendant.

Case No. CR09-410-TSZ

**DETENTION ORDER**

Offense charged:

   Bank Fraud;

   Aggravated Identity Theft;

   Identification Fraud;

   Access Device Fraud.

Date of Detention Hearing: January 22, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has a long criminal history including convictions for serious felony convictions. He has failed to appear for court in the past, and has prior parole and probation violations. He is charged with an offense that allegedly involves numerous other defendants, many victims and is wide ranging in scope.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 22nd day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge